## HAROLD C. CORNELIUS v. C. C. PICTURES, Inc.

### Appeal of HOUSMAN·COMEDIES, Inc.

(Circuit Court of Appeals, Second Circuit. December 21, 1923.)

#### No. 191.

Appeal from the District Court of the United States for the Southern District of New York.

Walter J. Rose, of New York City, for appellant.

Wing & Russell, of New York City (Burt D. Whedon, of New York City, of counsel), for appellee.

Before HOUGH, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Order (296 Fed. 487) affirmed without prejudice to the right of appellant to proceed in the court below for the ascertainment and adjudication of his alleged rights. This reservation is made out of abundant caution, although we think that the right in question was sufficiently preserved by the order appealed from.